**UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| **G and G Closed Circuit Events, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Juan Alejandro Cordova, et al.,**<br><br>**Defendants.** | **Case No. 2:25-cv-01787-CSK**<br><br>**MODIFIED ORDER ~~(Proposed)~~ GRANTING PLAINTIFF'S SECOND APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE** |

## MODIFIED ORDER ~~(Proposed)~~

On October 28, 2025, Plaintiff filed its first motion for extension to time to complete service on Defendant Mr. Taquito Dale Inc., an unknown business entity d/b/a Mr. Taquito Cocina & Cantina, which the Court granted giving Plaintiff until December 3, 2025 to effectuate service. *See* 11/03/2025 Order (ECF No. 18.) On January 12, 2026, Plaintiff filed a second motion for extension of time. (ECF No. 19.) Despite, Plaintiff's delay in seeking an additional extension of time, the Court finds good cause to grant Plaintiff's motion. The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

Plaintiff is granted an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to Defendant Mr. Taquito Dale Inc., an unknown business entity d/b/a Mr. Taquito Cocina & Cantina.

**IT IS SO ORDERED**:



_____     Date:  January 14, 2026
**Honorable Chi Soo Kim**
**United States Magistrate Judge**
**Eastern District of California**

4, g&g1787.25

**MODIFIED ORDER (Proposed) GRANTING PLAINTIFF'S SECOND APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE**
**CASE NO. 2:25-CV-01787-CSK**
**PAGE 2**